UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DUSTIN MARK MACOLOR,

                Plaintiff,                14 Civ. 4555 (JMF)

      -vs-

RHANDY R. LIBIRAN, AMERICAN MANPOWER
RESOURCE PROVIDER INC., MICHAEL URBINO,
AXIS POINT ALTERNATIVE SOLUTIONS, INC.,
and AMERICAN HEALTHCARE FACILITY
MANAGEMENT GROUP, INC.,

                Defendants.
-------------------------------------------------------------------X

## REQUEST FOR ENTRY OF DEFAULT

TO:    RUBY J. KRAJICK, CLERK OF COURT
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

       Plaintiff Dustin Mark Macolor, by his undersigned attorney, respectfully requests entry of default against defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for their failure to appear or otherwise respond to the Complaint within the time specified by the Federal Rules.

       On July 8, 2014, the summons and complaint were served on defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc., pursuant to New York BCL § 306, by serving the New York State Secretary of State.

       On July 17, 2014, Affidavits of Service certifying that the foregoing service was completed were filed with the Court.

       Defendants' time to respond to the Complaint expired on July 29, 2014.

As of today, defendants have not responded to the Complaint or sought an extension of time to respond.

A proposed Certificate of Default is submitted for the Court's convenience.

Dated: New York, New York  
       July 30, 2014

JOHN HOWLEY, ESQ.

By: _____  
John J.P. Howley [JH9764]  
*Attorney for Plaintiff*  
350 Fifth Avenue, 59th Floor  
New York, New York  10118  
(212) 601-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DUSTIN MARK MACOLOR,

                Plaintiff,                14 Civ. 4555 (JMF)

      -vs-

                                        **CLERK'S CERTIFICATE**

RHANDY R. LIBIRAN, AMERICAN MANPOWER
RESOURCE PROVIDER INC., MICHAEL URBINO,
AXIS POINT ALTERNATIVE SOLUTIONS, INC.,
and AMERICAN HEALTHCARE FACILITY
MANAGEMENT GROUP, INC.,

                Defendants.
-----------------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby verify that this action commenced on June 24, 2014, with the filing of a summons and complaint, copies of the summons and complaint were served on defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc. by serving the New York State Secretary of State on July 8, 2014, and proof of such service was filed on July 17, 2014.

      I further certify that the docket entries indicate that defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc. have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc. is hereby noted.

Dated: New York, New York                RUBY J. KRAJICK
       July ___, 2014                         Clerk of Court

                                                      By:_____
                                                          Deputy Clerk