```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  7/30/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DUSTIN MARK MACOLOR,

                Plaintiff,                14 Civ. 4555 (JMF)

      -vs-

                                  **CLERK'S CERTIFICATE**

RHANDY R. LIBIRAN, AMERICAN MANPOWER
RESOURCE PROVIDER INC., MICHAEL URBINO,
AXIS POINT ALTERNATIVE SOLUTIONS, INC.,
and AMERICAN HEALTHCARE FACILITY
MANAGEMENT GROUP, INC.,

                Defendants.
------------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby verify that this action commenced on June 24, 2014, with the filing of a summons and complaint, copies of the summons and complaint were served on defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc. by serving the New York State Secretary of State on July 8, 2014, and proof of such service was filed on July 17, 2014.

      I further certify that the docket entries indicate that defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc. have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants American Manpower Resource Provider Inc., Axis Point Alternative Solutions, Inc., and American Healthcare Facility Management Group, Inc. is hereby noted.

Dated: New York, New York                RUBY J. KRAJICK
       July 30, 2014                        Clerk of Court

                                                          By: _____
                                                                  Deputy Clerk