```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DUSTIN MACOLOR,                                                         :
                                                                        :
                        Plaintiff,                                      :
                                                                        :         14-CV-4555 (JMF)
        -v-                                                             :
                                                                        :         ORDER
RHANDY R. LIBIRAN et al.,                                               :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On July 30, 2014, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  (Docket No. 7).

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **August 20, 2014**.

It is further ORDERED that Defendants show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **August 27, 2014**, at **4:30 p.m.**, why an order should not be issued granting a default judgment against Defendants.  Prior to that date, Plaintiff must take the proposed default judgment, separately backed, to the Orders and Judgments Clerk (Room 240, 500 Pearl Street) for the Clerk's approval.  The proposed judgment, including all damage and interest calculations, must be approved by the Clerk prior to the hearing and then brought to the hearing for the Court's signature.

It is further ORDERED that Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **August 7, 2014** and promptly file proof of such service on the docket.

Finally, the initial pretrial conference, scheduled for September 18, 2014, is adjourned *sine die*.

        SO ORDERED.

Dated:  July 31, 2014
        New York, New York                      _____
                                                        JESSE M. FURMAN
                                                United States District Judge